Nos. 1068 and 1069.   FREEMAN *v.* UNITED STATES. April 14, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *John J. Kennett* and *O. C. Moore* for petitioner.   *Acting*

806

*Solicitor General Washington, Robert S. Erdahl, Sheldon E. Bernstein, William E. Remy, David London* and *Jacob W. Rosenthal* for the United States.